IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)<br>ISHMAEL KEITH REID                 )<br>)<br>            *Defendant.*              )<br>_____ ) | **UNDER SEAL**<br><br>Case: 1:25-mj-00226<br>Assigned To: Judge Sharbaugh, Matthew J.<br>Assign. Date: 9/18/2025<br>Description: COMPLAINT W/ARREST WARRANT |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, David Shuffelton, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging ISHMAEL KEITH REID with distribution of child pornography, in violation of 18 U.S.C. § § 2252(a)(2) and (b)(1).

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

**AFFIANT BACKGROUND**

4. I am a special agent with Homeland Security Investigations ("HSI"). I have been in this position since 2019 and have been a special agent since 2007. I am currently assigned to

the Child Exploitation Investigations Group at the HSI Washington, DC field office in Reston, Virginia, where I am responsible for investigating the possession, distribution, receipt, and production of child pornography, and other crimes involving child exploitation. I completed both the Criminal Investigator Training Program and HSI Special Agent Training at the Federal Law Enforcement Training Center. I also have a Master of Forensic Sciences degree from George Washington University, with a concentration in high technology crime investigation. Through my training and experience, as well as through conversations with various law enforcement personnel, I have become familiar with the methods of operation used by people who commit offenses involving the sexual exploitation of children. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

5.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all my knowledge, or the knowledge of others, about this matter.

6.  Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § § 2252(a)(2) and (b)(1) (the "Target Offense") have been committed by ISHMAEL KEITH REID ("the Subject") and others known and unknown.

## PROBABLE CAUSE

7.  On or about August 10, 2025, a user of Discord, a social media platform, utilizing screen name ishmael1997, uploaded a 7-second video of a minor female with semen on her lips

and chin. An erect penis then appears from the right side of the frame before the video ends.

8. On or about August 11, 2025, Discord reported this video upload to the National Center for Missing and Exploited Children (NCMEC), along with the internet protocol address (IP address) of the Discord user, ishmael1997. The reported IP address was used to upload the above-described video file depicting child pornography and log in to the Discord account associated with ishmael1997. The IP address used for the upload and login, 98.218.94.222, is registered to Comcast and resolved to the District of Columbia.

9. On September 17, 2025, NCMEC packaged this information into a CyberTipline Report, which your affiant received. NCMEC indicated in the report that the NCMEC employee who reviewed the above-described child pornography video did not recognize the video as being a known video of child pornography that has previously been identified by NCMEC. Your affiant requested subscriber information from Comcast for the above-described Comcast IP address between July 1, 2025, and September 16, 2025. Comcast responded on September 18 and advised that the sole subscriber of the IP address for the date range listed was Lenora Reid, ███ ████████████████████████████████████.

10. On September 18, 2025, your affiant spoke with a representative from Discord, who advised the above-described child pornography video uploaded by ishmael1997 was posted in a smaller Discord "server[1]" and was visible to all members of that server. The video was initially reported by another user, which then triggered a review of the video by a Discord Trust & Safety employee, who reported the information to NCMEC. Based on this information, the user, ishmael1997, distributed the above-described video depicting child pornography, to other

---

[1] A Discord server is a private or public digital community space where members can communicate through text, voice, and video. It is a customizable for a specific group or interest and organized into text and voice channels for different discussions or activities.

individuals within the Discord "server."

11. The username ishmael1997 also contains REID's first name and 1997, which is the year of REID's date of birth. This indicates that REID is the individual who owned and operated this Discord account.

12. A check of law enforcement databases showed a Metropolitan Police Department (MPDC) report from February 6, 2025, in which MPDC responded to ▬ ▬ ▬▬▬▬▬ ▬▬▬▬ and spoke to both Lenora Reid and Ishmael REID. The report stated Lenora Reid told responding officers that her son Ishmael REID had moved in with her to assist with her recovery from surgery.

13. A query of NCMEC's CyberTipline Report database for IP address 98.218.94.222 (the same IP address used to upload the above-described child pornography video) revealed a CyberTip filed by Snapchat on February 14, 2025. The CyberTip stated that Snapchat username "key253874," associated with the above-described Comcast IP address, engaged in communication with a username belonging to a sixteen-year-old minor female victim (MV-1) that involved potential online enticement.

14. The CyberTip contained a portion of the conversation between user "key253874," and MV-1, as well as one image and one video uploaded by the users. The conversation is detailed below:

| key253874 | Huh ? |
|---|---|
| MV-1 | Do you think I'm older or younger than 1i |
| MV-1 | 18* |
| key253874 | Bro goodbye this has no meaning at this point |

| key253874 | Idek if you look good |
|---|---|

MV-1 then sent an image which depicts a clothed pubescent minor female visible from the neck up in a "selfie" style.

| key253874 | Didn't prove anything |
|---|---|
| key253874 | And idc to ask |

User "key253874" then sent a video, approximately three seconds in length of an apparent adult male laying on a bed with his penis exposed.

15. The CyberTip also indicated that phone number ▇▇▇▇▇▇▇▇▇▇) was associated with user "key253874." On April 7, 2025, summonses were served to Snapchat and T-Mobile to obtain subscriber information for user "key253874" and 4618 respectively. The return provided by Snapchat confirmed that 4618 was used to create the account and was a verified phone number. Additionally, the return indicated that the account was created on February 12, 2025, and was still active. The return provided by T-Mobile indicated that REID is the subscriber of 4618 as of January 28, 2025.

16. Based upon the information above there is probable cause to believe that ISHMAEL KEITH REID operated the account ishmael1997 and was the person who distributed child sexual abuse material via Discord.

## CONCLUSION

17.     For the reasons set forth above, I submit that probable cause exists to believe that on or about August 10, 2025, while residing in the District of Columbia, REID knowingly distributed child pornography in violation of 18 U.S.C. 2252(a)(2).

Respectfully submitted,

_____
David Shuffelton, Special Agent
Homeland Security Investigations

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 via telephone on September 18, 2025.

_____
The Honorable Matthew J. Sharbaugh
United States Magistrate Judge